UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>          Plaintiff,<br><br>   v.<br><br>PAUL HERNANDEZ, et al.,<br><br>          Defendants. | No. 1:24-cv-00989-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO SCREEN COMPLAINT<br><br>(ECF No. 2) |

On August 21, 2024, Defendants filed a notice of removal from the Kern County Superior Court, along with a separate request that the Court screen Plaintiff's complaint pursuant to the Prison Litigation Reform Act (PLRA) 28 U.S.C. § 1915A(a).  (ECF Nos. 1, 2.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2). Inasmuch as the Court is statutorily required to screen Plaintiff's complaint, Defendants' motion is granted and Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated:  **August 26, 2024**

                                        UNITED STATES MAGISTRATE JUDGE