UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL HERNANDEZ, et al.,<br><br>    Defendants. | No.  1:24-cv-00989-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S REQUEST FOR REMAND<br><br>(ECF No. 8) |

On August 21, 2024, Defendants filed a notice of removal from the Kern County Superior Court.

On September 9, 2024, Plaintiff filed objections to the removal of the action and requests the action be remanded back to the state court. (ECF No. 8.)

Defendants have not filed an opposition or statement of non-opposition and the time to do has passed.  Local Rule 230(l).  Accordingly, it is HEREBY ORDERED that within ten (10) days from the date of service of this order, Defendants shall file an opposition or statement of non-opposition to Plaintiff's request for remand. (ECF No. 8.)

IT IS SO ORDERED.

Dated:  **October 1, 2024**

UNITED STATES MAGISTRATE JUDGE

1