UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAUL HERNANDEZ, et al.,<br><br>　　　　Defendants. | No.  1:24-cv-00989-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTON FOR RESTORATION OF FILING FEE<br><br>(ECF No. 13) |

　　　　On August 21, 2024, Defendants filed a notice of removal from the Kern County Superior Court.

　　　　Currently before the Court is Plaintiff's motion for restoration of filing fee, filed November 4, 2024.  (ECF No. 13.)

　　　　On August 21, 2024, Defendants filed a notice of removal from the Kern County Superior Court, along with a separate request that the Court screen Plaintiff's complaint pursuant to the Prison Litigation Reform Act (PLRA) 28 U.S.C. § 1915A(a).  (ECF Nos. 1, 2.)

　　　　On August 26, 2024, the Court granted Defendants request to screen the complaint because this Court is statutorily required to screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A.  (ECF No. 6.)  As this case was removed by Defendants from state court and paid the $405.00 filing fee for this action, the Court has not and will not assess any further filing fees for this action.  Thus, there is no merit to Plaintiff's claim that his Court has assessed any filing fee against him for this action.  To the extent Plaintiff seeks relief from the assessment of any filing

1

fees in other actions, he must file a specific request in that particular action. Accordingly, Plaintiff's motion for restoration of the filing fee is DENIED.

IT IS SO ORDERED.

Dated:   **November 5, 2024**

UNITED STATES MAGISTRATE JUDGE

2